UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HUSSEIN ALI,<br><br>Plaintiff,<br><br>Vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:25-cv-12566-TGB-DRG<br><br>HON. Terrence G. Berg<br>United States District Judge<br><br>HON. David R. Grand<br>United States Magistrate Judge |

**NOTICE OF APPEARANCE**

TO: Clerk of the Court
All Counsel

PLEASE ENTER THE APPEARNCE of Iwana Rademaekers as Counsel for Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY in the above-entitled cause of action.

Respectfully submitted,

/s/ Iwana Rademaekers

Iwana Rademaekers (TX Bar #16452560)*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
*Attorney for Defendant*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
**Admitted to the Eastern District of Michigan*

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Iwana Rademaekers
Iwana Rademaekers