UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HUSSEIN ALI,<br><br>Plaintiff,<br><br>Vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:25-cv-12566-TGB-DRG<br><br>HON. Terrence G. Berg<br>United States District Judge<br><br>HON. David R. Grand<br>United States Magistrate Judge |

# STIPULATION REGARDING STANDARD OF REVIEW

The Parties agree that the appropriate standard of review in this case is *de novo*.

Respectfully submitted,

By: /s/ *Robert B. June*
Robert B. June
Law Offices of Robert June, P.C.
Attorney for Plaintiff
415 Detroit Street, 2nd Floor
Ann Arbor, MI 48104-1117
Phone: (734) 481-1000
Email: bobjune@junelaw.com

ATTORNEY FOR PLAINTIFF

**AND**

By: */s/ Iwana Rademaekers*
Iwana Rademaekers
(TX Bar No. 16452560)*
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.

*Attorney for Defendant*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**Admitted to the Eastern District of Michigan*

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ /s/ Iwana Rademaekers*
/s/ Iwana Rademaekers