UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HUSSEIN ALI,

Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

Case No. 25-12566

HON. TERRENCE G. BERG
United States District Judge

HON. DAVID R. GRAND
United States Magistrate Judge

---

**STATEMENT OF NO PROCEDURAL CHALLENGE**

Plaintiff Hussein Ali is not asserting a procedural challenge to the administrator's decision that would justify discovery or consideration of documents outside the administrative record in this case.

Respectfully submitted,

*s/Robert B. June*
Robert B. June
Law Offices of Robert June, P.C.
Attorney for Plaintiff
415 Detroit Street, 2nd Floor
Ann Arbor, MI 48104-1117
(734) 481-1000
bobjune@junelaw.com

Dated: December 1, 2025

**Proof of Service**

I certify that on this date I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification of such filing to all counsel of record.

I declare that these statements are true to the best of my information, knowledge, and belief.

Respectfully submitted,

*s/Robert B. June*
Robert B. June
Law Offices of Robert June, P.C.
415 Detroit Street, 2nd Floor
Ann Arbor, MI 48104-1117
(734) 481-1000
bobjune@junelaw.com

Dated: December 1, 2025