UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HUSSEIN ALI,<br><br>Plaintiff,<br><br>Vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:25-cv-12566-TGB-DRG<br><br>HON. Terrence G. Berg<br>United States District Judge<br><br>HON. David R. Grand<br>United States Magistrate Judge |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Hussein Ali and Defendant The Lincoln National Life Insurance Company submit this Notice to advise the Court that the Parties have settled all matters in dispute in this action. The Parties anticipate filing closing papers with the Court within the next 30 days.

Respectfully submitted on this 23rd day of December 2025.

Respectfully submitted,

By: /s/ *Robert B. June*

Robert B. June
Law Offices of Robert June, P.C.
*Attorney for Plaintiff*
415 Detroit Street, 2nd Floor
Ann Arbor, MI 48104-1117
Phone: (734) 481-1000
Email: bobjune@junelaw.com
Attorney Bar Number P51149

**AND**

By: */s/ Iwana Rademaekers*

Iwana Rademaekers
(TX Bar No. 16452560)*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
*Attorney for Defendant The Lincoln National Life Insurance Company*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**Admitted to the Eastern District of Michigan*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ /s/ Iwana Rademaekers*
/s/ Iwana Rademaekers