UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Hussein Ali,

Plaintiff(s),

v.

Lincoln National Life Insurance Company,

Defendant(s),

Case No. 2:25−cv−12566−TGB−DRG
Hon. Terrence G. Berg

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

- STATUS CONFERENCE: January 30, 2026 at 04:30 PM

The conference shall be initiated by Plaintiff.

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:** Counsel for Plaintiff shall initiate the call and include the Court when all parties are present by calling (313) 234 2640.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Emily P Vradenburg
Case Manager

Dated: December 24, 2025