UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Hussein Ali,**

Plaintiff,

Case No. 25-12566

Hon. Terrence G. Berg

v.

**Lincoln National Life Insurance Company,**

Defendant,

______________________________________/

**ORDER DISMISSING CASE**

Pursuant to the Joint Stipulation for Dismissal, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: January 12, 2026

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served upon the parties of record on January 12, 2026, by electronic means or postal mail.

s/E. Vradenburg
CASE MANAGER